## IN RE J.B.

[Cite as *In re J.B.*, 134 Ohio St.3d 538, 2012-Ohio-5675.]

(No. 2012–0018—Submitted December 4, 2012—Decided December 6, 2012.)

———————————

{¶ 1} This cause is remanded to the Tenth District Court of Appeals for application of *State ex rel. Jean–Baptiste v. Kirsch*, 134 Ohio St.3d 421, 2012–

Ohio–5697, 983 N.E.2d 302. The oral argument scheduled for January 8, 2013, is canceled.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

---

Ron O'Brien, Franklin County Prosecuting Attorney, and Katherine J. Press, Assistant Prosecuting Attorney, for appellee.

Timothy Young, State Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant.

